**SO ORDERED.**

**SIGNED this 17 day of December, 2013.**



_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
5:14-MC-1-BO

| | |
|---|---|
| In re RICHARD ALLEN YATES<br><br>Soc. Sec. No.: xxx-xx-1559<br>Mailing Address: 100 Kalida Court, Cary, North Carolina 27513<br><br>                 Debtor, | **Bankruptcy Case No. 13-01243-8-SWH** |
| RICHARD YATES,<br><br>                 Plaintiff,<br><br>v.<br><br>SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP, and JOHN DOE I,<br><br>                 Defendants. | **Adversary Proceeding No. 13-00173-8-SWH** |

**CONSENT ORDER REQUESTING WITHDRAW OF REFERENCE AND EXTENDING
TIME TO FILE RESPONSE TO AMENDED COMPLAINT**

      This matter comes on to be heard upon the consent of the parties to have the United

States District Court ("District Court") withdraw the reference of this matter from the United

1752613 v1

States Bankruptcy Court ("Bankruptcy Court") and to extend the date for responding to the Amended Complaint. Based upon the consent, agreement and stipulation of the parties, the court makes the following findings of fact and conclusions of law:

1. The Debtor filed a First Amended Complaint on October 22, 2013 in the Bankruptcy Court for the Eastern District of North Carolina under Bankruptcy Case No. 13-01243-8-SWH. The Clerk of the Bankruptcy Court designated the case as Adversary Proceeding No. 13-0017-38-SWH.

2. In the First Amended Complaint, Richard Alan Yates ("Plaintiff') seeks to recover actual and statutory damages from Smith Debnam Narron Drake Saintsing & Myers, LLP and John Doe 1 ("Defendants") for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq. The Plaintiff also seeks actual and punitive damages against the Defendants for alleged intentional infliction of emotional distress and alleged negligent infliction of emotional distress. The Plaintiff demanded a jury trial.

3. The Plaintiff alleged that the Bankruptcy Court has both personal and subject matter jurisdiction to hear the matters contained in the Complaint pursuant to 28 U.S.C. § 157(b)(2) and 1334 and pursuant to the Order entered by the District Court for the Eastern District of North Carolina on August 3, 1984 referring bankruptcy matters to the Bankruptcy Court as provided under the Bankruptcy Amendments and Federal Judgeship Act of 1984,

4. The Plaintiff also alleged that the matter in the Complaint is a "core proceeding" as defined in 28 U.S.C. § 157(b)(2) and 28 U.S.C. § 157(b)(2)(E).

5. Upon further consideration of the ability of the Bankruptcy Court to enter a final judgment in this matter, the parties have agreed that sufficient cause exists for the District Court should to withdraw its reference to the Bankruptcy Court for this matter and to hear the matter.

6. It is in the best interest of the parties to have the reference withdrawn and for the matter to be heard by the District Court.

7. The time for filing a response to the Amended Complaint expires on December 12, 2013, and the parties agree that the Defendants shall have until January 12, 2014 to file a response to the Amended Complaint; now therefore,

It is ORDERED, ADJUDGED and DECREED as follows:

1. The District Court is requested to withdraw the reference of this matter from the Bankruptcy Court;

2. The Defendants shall have until January 12, 2014 to respond to the Amended Complaint.

WE CONSENT

LAW OFFICE OF JOHN T. ORCUTT, P.C.

By: /s/R. Lee Roland, IV
    R. Lee Roland, IV
    Attorney for Plaintiff
    N. C. State Bar No. 41930
    6616 Six Forks Road
    Raleigh, NC 27615
    Telephone: 919.847.9750
    lroland@johnorcutt.corn

    /s/Craig M. Shapiro
    Craig M. Shapiro
    Illinois Attorney Registration and Disciplinary Commission #6284475
    3209 West Argyle Street, Suite IN
    Chicago, IL 60625
    Telephone: 312.217.3380
    cshapiro@johnorcutt.com
    E.D.N.C. LR 83.1(e) Counsel by Special Appearance, pursuant to
    E.B.N.C. LR 2090-1c

CRANFILL SUMNER & HARTZOG LLP

By: /s/Ryan D. Bolick
Ryan D. Bolick
N.C. State Bar No. 26482
Attorney for Defendant
Post Office Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
rbolick@cshlaw.com

/s/Richard T. Boyette
Richard T. Boyette
N.C. State Bar No. 7623
Attorney for Defendant
P.O. Box 27808
Raleigh, NC 27611
Telephone (919) 828-5100
Facsimile (919) 828-2277
rboyette@cshlaw.com

END OF DOCUMENT

1752613 v1